# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN DEAN BELL,<br><br>Defendant. | CR 23-3-GF-BMM<br><br><br><br>ORDER |

Defendant Brian Dean Bell having filed an Unopposed Motion to Enlarge Time to File Pretrial Motions requesting a two-week extension, there being no objection from the government and good cause appearing therefor;

**IT IS HEREBY ORDERED** that Defendant Bell's motion is GRANTED. Defendant Bell shall file any pretrial motions on or before Friday, October 6, 2023.

DATED this 22nd day of September, 2023.

_____
Brian Morris, Chief District Judge
United States District Court